**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 871 MAL 2017

                   Respondent          :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

          v.                    :

                                   :

                                   :

SHANE S. BARKER,                :

                                   :

                   Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.